UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCHER DANIELS MIDLAND COMPANY,** *et al.*<br><br>**VERSUS**<br><br>**M/T AMERICAN LIBERTY,**<br>**her engines, tackle, apparel, etc.,** *in rem* | **CIVIL ACTION NUMBER: 19-cv-10525**<br><br>**SECTION: "R"(4)**<br><br>**DISTRICT JUDGE**<br>**SARAH S. VANCE**<br><br>**MAGISTRATE JUDGE**<br>**KAREN WELLS ROBY** |

## VERIFIED COMPLAINT IN INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Kevin Wright, Plaintiff-in-Intervention, who submits this Complaint In Intervention against Defendants, American Petroleum Tankers X LLC, Crowley Marine Services, Inc. and Kinder Morgan, Inc.*, in personam*, and M/T AMERICAN LIBERTY (IMO No. 9763851) ("AMERICAN LIBERTY" or "the Vessel"), *in rem*, and alleges as follows:

1.

Plaintiff-in-Intervention, Kevin Wright, a person of the full age of majority and resident of Terrebonne Parish, Louisiana, was employed by Associated Terminals and assigned to and working aboard the DON D, a crane barge owned by Associated Marine Equipment, LLC and operated by Associated Terminals.

2.

Made Defendants herein are:

A. M/T AMERICAN LIBERTY, which was and is now an oil/chemical tanker bearing IMO No. 9763851 with an overall length of 183.31 meters, a breadth of

        32.2 meters and flying under the flag of the United States of America, which is currently in the jurisdiction of the Eastern District of Louisiana;

B.    American Petroleum Tankers X LLC, a foreign limited liability company, organized and existing under the laws of the State of Delaware, with its principal place of business/headquarters located in the State of Pennsylvania, which engages in business in the State of Louisiana, but has not designated and does not maintain a registered agent within the state;

C.    Crowley Marine Services, Inc., a foreign corporation, organized and existing under the laws of the State of Delaware, with its principal place of business/headquarters located in the State of Florida, which is authorized to and doing business in the State of Louisiana; and

D.    Kinder Morgan, Inc., a foreign corporation, organized and existing under the laws of the State of Delaware, with its principal place of business/headquarters located in the State of Texas, which engages in business in the State of Louisiana, but has not designated and does not maintain a registered agent within the state.

3.

The AMERICAN LIBERTY is owned by American Petroleum Tankers X LLC, and jointly operated by Crowley Marine Services, Inc. and Kinder Morgan, Inc., who are owners *pro hac vice* of the Vessel.

4.

This is a maritime tort action brought pursuant to Rule 9(h) of the Federal Rules of Civil Procedure. This action is within the Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333 (1) as this matter occurred upon navigable waters, and is brought pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Plaintiff-in-Intervention seeks the arrest of the *in rem* defendant, AMERICAN LIBERTY, as security for its claims.

5.

Venue is proper in this jurisdiction and before this Honorable Court because the acts giving rise to this civil action occurred in this District, and the *in rem* defendant, AMERICAN LIBERTY, presently is within the waters of this District.

6.

On or about the evening of May 16, 2019, Plaintiff-in-Intervention, Kevin Wright, was working as the crane operator on board the crane barge DON D, which was located on the Lower Mississippi River and connected to another barge.

7.

The AMERICAN LIBERTY, which was upriver of the DON D, lost control and/or lost engine power, causing it to allide with the DON D as it traveled down river, ripping the barge off the DON D and forcing the DON D to travel down river out of control where it allided with an Archer Daniels Midland ("ADM") dock head. The AMERICAN LIBERTY also allided with the DON D at least one other time as they traveled down river together out of control.

8.

At the time the AMERICAN LIBERTY allided with the DON D, Plaintiff-in-Intervention was in the cab of the crane aboard the DON D well over fifty (50) feet in the air, jerked around by the impact and movement of the barge, and remained in the crane for some period of time as the DON D was being forced down river. Plaintiff-in-Intervention eventually was able to escape from the cab and the DON D, having to run down stairs and jump a distance of approximately ten (10) feet down to another flat barge.

9.

As a result of the allision, Plaintiff-in-Intervention sustained painful and enduring injuries to his left foot, left knee, left elbow and back, and, due to the trauma surrounding the allision, extreme levels of stress and mental anguish.

10.

As a result of his injuries, Plaintiff-in-Intervention seeks to recover damages for his physical injuries, physical and mental pain and anguish, past and future lost wages, past and future medical expenses, and any other costs/expenses/damages that he incurs or endures as a result of the allision.  Plaintiff-in-Intervention estimates and claims the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS as the amount of such damages.

11.

The aforesaid incident and the injuries suffered by Plaintiff-in-Intervention were caused solely as a result of Defendants' negligence in the following, though not exclusive, respects:

   A. Violation of navigational rules and regulations;

   B. Failure to comply with local navigation customs and/or usage;

   C. Vessel unseaworthiness;

   D. Improper navigation;

   E. Lack of due care;

   F. Lack of skill;

   G. Lack of training;

   H. Lack of attention;

   I. Failure to properly maintain and/or utilize the AMERICAN LIBERTY's propulsion system;

    J.       Failure to properly maintain and/or utilize the AMERICAN LIBERTY's steering system;

    K.      Failure to properly maintain and/or utilize the AMERICAN LIBERTY's engine system;

    L.       Improper management of the AMERICAN LIBERTY and/or her crew;

    M.     Other failures, acts or omissions of Defendants that may be shown at the trial of this matter.

12.

Pursuant to the rule of *The Oregon*, 158 U.S. 186 (1895), the AMERICAN LIBERTY is presumed to be at fault for the incident described herein.

13.

The aforesaid incident constitutes a maritime tort for which Plaintiff-in-Intervention, Kevin Wright, is entitled to a maritime lien on the AMERICAN LIBERTY, which is enforceable by suit *in rem*. Accordingly, Plaintiff-in-Intervention seeks to enforce his maritime lien pursuant to a Warrant of Arrest to be issued against the AMERICAN LIBERTY, all in accordance with Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Local Admiralty Rule 4.1 (B) by way of the arrest of the AMERICAN LIBERTY.

    **WHEREFORE**, Plaintiff-in-Intervention, Kevin Wright, prays that:

    A.      His Verified Complaint in Intervention be deemed good and sufficient;

    B.      Process in due form of law be issued directing the *in personam* defendants, American Petroleum Tankers X LLC, Crowley Marine Services, Inc. and Kinder Morgan, Inc., to appear and answer, all and singular, the allegations contained herein;

C.     A Warrant of Arrest be issued calling for the M/T AMERICAN LIBERTY, presently lying afloat on the navigable waters of the United States of American within this District and the jurisdictional limits of this Court, be seized in this proceeding to satisfy Plaintiff-in-Intervention's claims stated herein, plus interest, costs, and attorneys' fees, but permitting the vessel to continue movement and operations as previously authorized by this Honorable Court in its May 20, 2019 Order in the above-captioned matter (R. Doc. 9);

D.     All parties claiming an interest, title or right in the AMERICAN LIBERTY her engines, boilers, tackle, furniture, apparel, appurtenances, etc., be summoned to appear, file their claim, as owner, and to answer under oath all and singular the allegations of this Verified Complaint in Intervention;

E.     This Court recognize maritime liens against the M/T AMERICAN LIBERTY, *in rem*, in favor of Plaintiff-in-Intervention, Kevin Wright, in the amount of all damages sustained by him due to the allision and its effects;

F.     After due proceedings are held, Plaintiff-in-Intervention, Kevin Wright, have judgment against the M/T AMERICAN LIBERTY, her engines, boilers, tackle, furniture, apparel, appurtenances, etc., *in rem*, and American Petroleum Tankers X LLC, Crowley Marine Services, Inc. and Kinder Morgan, Inc., *in personam*, in the amount of all damages sustained by Kevin Wright, with interest thereon at the legal rate, together with all other amounts shown at trial, including, but not limited to, costs and attorneys' fees, and that this Judgment be recognized as a priority claim based upon the Federal Maritime Lien Act so that it is paid in preference and priority to all other liens;

G. This Honorable Court enter a decree in favor of Plaintiff-in-Intervention, Kevin Wright, and against Defendants for the total amount of Plaintiff-in-Intervention's damages and that the M/T AMERICAN LIBERTY be condemned and sold for the aforesaid amount together with reasonable costs and attorneys' fees;

H. Plaintiff-in-Intervention, Kevin Wright, have such other general, legal, maritime, equitable and further relief as the law and justice may require;

I. Plaintiff-in-Intervention, Kevin Wright, agrees to release, hold harmless, and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the vessel.

Respectfully submitted:

_____
**C. ARLEN BRAUD, II, #20719**
**MICHELLE O. GALLAGHER, #23886**
**STEVEN D. JACKSON, #35841**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, Louisiana 70448
Telephone:   (985) 778-0771
Facsimile:   (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
*Counsel for Kevin Wright,*
*Plaintiff-in-Intervention*

**INSTRUCTIONS FOR U.S. MARSHAL:**

PLEASE ISSUE WARRANT OF ARREST AND SERVE/ARREST THE M/T AMERICAN LIBERTY, WHICH IS AFLOAT IN THE MISSISSIPPI RIVER NEAR ALGIERS, LAST KNOWN LOCATION AT BUCK KREIHS [PERMITTING MOVEMENT AND OPERATION AS PREVIOUSLY AUTHORIZED BY THIS HONORABLE COURT IN ITS MAY 20, 2019 ORDER IN THE ABOVE-CAPTIONED MATTER (R. DOC. 9)]

**PLEASE SERVE:**

**AMERICAN PETROLEUM TANKERS X LLC**
Through its agent for service of process:
Capitol Services, Inc.
1675 S. State Street, Suite B
Dover, DE 19901

**CROWLEY MARINE SERVICES, INC.**
Through its agent for service of process:
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, LA 70471

**KINDER MORGAN, INC.**
Through its agent for service of process:
Capitol Services, Inc.
1675 S. State Street, Suite B
Dover, DE 19901

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY, et al.<br><br>VERSUS<br><br>M/T AMERICAN LIBERTY,<br>her engines, tackle, apparel, etc., *in rem* | CIVIL ACTION NUMBER: 19-cv-10525<br><br>SECTION: "R"(4)<br><br>DISTRICT JUDGE<br>SARAH S. VANCE<br><br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

## VERIFICATION

**BEFORE ME**, the undersigned notary public, on this date personally came and appeared C. Arlen Braud, II, who is known by me to be of lawful age and who, being first duly sworn, did depose and under oath state the following:

That he is an attorney for Kevin Wright, Plaintiff-in-Intervention in the above-referenced action. That he has read the foregoing Verified Complaint in Intervention and knows the contents thereof on the basis of his personal knowledge, documentation supplied to him and based on information supplied to him by Kevin Wright.

That he confirms and verifies that the information set out in said Verified Complaint in Intervention is true and correct to the best of his knowledge, information and belief. He further confirms that grounds exist for the arrest of the M/T AMERICAN LIBERTY for a maritime tort lien under Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

_____
C. ARLEN BRAUD, II

**SWORN TO AND SUBSCRIBED**
**BEFORE ME, NOTARY PUBLIC,**
This 31st day of May, 2019.

_____
Notary Public (LA Bar No. 35841 )