UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 19-10525 |
| M/T AMERICAN LIBERTY, her engines, tackle, Apparel, etc., *in rem* | SECTION "R"(4) |

## O R D E R

It has been brought to the Court's attention that Civil Action No. 19-12748, *In the Matter of the Complaint of Associated Marine Equipment, LLC, et al.,* is related to the above case,

Accordingly;

**IT IS ORDERED** that the above matters are hereby consolidated.

**IT IS FURTHER ORDERED** that counsel make themselves and any known potential counsel available for the November 14, 2019 preliminary telephone conference set for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating

a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents in the master record necessary to the continued litigation of the separated case and to file such designation with the clerk within seven days of the de-consolidation order.

New Orleans, Louisiana, this 8th day of November, 2019.

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**