UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | CIVIL ACTION NO. 19-10525, C/W |
| COMPLAINT OF THE OWNERS OF | § | 19-10925, 19-11813, and 19-12748 |
| THE M/T AMERICAN LIBERTY | § | |
| FOR EXONERATION FROM OR | § | DISTRICT JUDGE SARAH S. VANCE |
| LIMITATION OF LIABILITY | § | |
| | § | MAG. JUDGE KAREN WELLS ROBY |
| | § | |
| | § | PERTAINS TO ALL CASES |

* * * * * * * * * * * * * * * * * * * * * * * *

## THIRD-PARTY COMPLAINT

American Petroleum Tankers X, LLC ("APT"), as owner of the M/T AMERICAN LIBERTY (the "Vessel"), and Crowley Global Ship Management, Inc. ("CGSM"), as owner *pro hac vice* of the Vessel (collectively the "Vessel Interests"), file this Third-Party Complaint against Brandon Woodford pursuant to Federal Rule of Civil Procedure 14, subsections (a) and (c), and represent as follows:

1. This claim is within the admiralty and maritime jurisdiction of this Court pursuant to 28 U.S.C. §1333 and the Court also has jurisdiction 28 U.S.C. §1367 in so far as the claim arises from the same case or controversy underlying the consolidated limitation proceeding pending before this Court, C/A No. 19-10525, combined with 19-10925, 19-11813, and 19-12748 ("Limitation Proceeding").

2. Venue is proper within the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. §1391(b)(2) as the events giving rise to the claim asserted herein took place within this district.

3. The Vessel is an oil/chemical tanker bearing IMO No. 9763851 with an overall length of 183.31 meters, a breadth of 32.2 meters, and sailing under the flag of the United States of America.

4. At all material times, the Vessel was owned by APT, a corporation organized under and existing by virtue of the laws of the State of Delaware.

5. At all material times, the Vessel was managed by CGSM, a corporation organized and existing by virtue of the laws of the State of Delaware.

6. Third-Party Defendant, Brandon Woodford, is a natural person and citizen of the State of Louisiana, who was the compulsory pilot directing the navigation of the Vessel at the time of the May 16, 2019 incident at issue.

7. On or about May 16, 2019, Mr. Woodford boarded the Vessel while moored at a dock located at mile marker 140.2E on the Mississippi River in Garyville, Louisiana. As the compulsory pilot mandated by law to direct the navigation of the Vessel on the Mississippi River, Mr. Woodford directed the movements of two tugs, the M/V VERA BISSO and M/V JOSEPHINE ANNE, assisting the Vessel in departing the berth. As the Vessel departed the berth, the willful, reckless, and/or grossly negligent acts or omissions on the part of Mr. Woodford caused the Vessel to contact other vessels and property along the bank before coming to rest at a dock located at mile marker 138.7E in Reserve, Louisiana ("Incident").

8. The Incident was not the result of any fault by APT, CGSM, or the Vessel, which was in good condition and in all respects seaworthy and suitable for the service in which it was engaged. Moreover, the legal cause of the Incident was occasioned without the privity or knowledge of APT or CGSM.

9. Numerous parties made claims against APT and CGSM for alleged property damage, economic losses, and personal injuries resulting from the Incident, which have been consolidated into the Limitation Proceeding.

10. The Incident and all damages allegedly resulting therefrom were caused in whole or in part by the gross negligence, recklessness, and/or willful misconduct of Mr. Woodford in various particulars that will be more fully shown at trial. Pursuant to Federal Rule of Procedure 14(c), Mr. Woodford is liable directly to the claimants in the Limitation Proceeding. APT and CGSM tender Mr. Woodford to the claimants as a direct defendant under said Rule 14(c) and Mr. Woodford is required to appear and answer, under oath, all and singular, the allegations set forth in the claims filed against APT and CGSM in the Limitation Proceeding.

11. The gross negligence, recklessness, and/or willful misconduct of Mr. Woodford directly and proximately caused significant damage to the Vessel, and APT and CGSM assert a claim against Mr. Woodford pursuant to Federal Rule of Civil Procedure 14(a) for all physical and economic damages arising from the damage to the Vessel during the Incident, plus interest, costs, and any other damages which may be proven at trial.

12. APT and CGSM further aver that, if they were negligent and/or if the Vessel is found unseaworthy with respect to the Incident, such negligence and/or unseaworthiness was passive and vicarious with respect to the active and primary negligence of Mr. Woodford; accordingly, APT and CGSM aver that they are entitled to indemnity and/or contribution and/or recovery over and/or otherwise from Mr. Woodford for any sums that may be adjudged against APT and CGSM in favor of claimants in the Limitation Proceeding, including interest, costs, and attorneys' fees.

13. Alternatively, APT and CGSM aver that, if they were negligent and/or if the Vessel is found unseaworthy with respect to the Incident, that Mr. Woodford is liable as a joint and solidary tortfeasor to APT and CGSM for indemnity and/or contribution for his share of fault.

14. Finally, APT and CGSM are entitled to indemnity and/or contribution from Mr. Woodford, for sums already paid in settlement of claims arising from the Incident and for any sums that APT and CGSM may pay or be adjudged to pay (by way of settlement, judgment or otherwise) in relation to the Incident, including interest, costs and attorneys' fees.

WHEREFORE, third-party plaintiffs, American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc., pray that this Third-Party Complaint be deemed good and sufficient and that third-party defendant, Brandon Woodford, be required to appear and answer, under oath, all and singular, the matters aforesaid and those contained in the claims filed in the Limitation Proceeding; and that, after due proceedings are had, there be judgment in favor of American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc. against Brandon Woodford as aforementioned, for all physical and economic damages arising from the damage to the Vessel; and for indemnity, contribution and/or otherwise, for any amounts which American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc. have paid or may be held liable to pay for all losses resulting from the Incident, together with attorneys' fees, interest and costs in its defense, as well as attorneys' fees, interest and costs, incurred in the prosecution of this Third-Party Complaint. American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc. further pray for such other and further relief as may be proper and this Honorable Court competent to grant.

        Respectfully submitted,

        */s/ Frederick W. Swaim III*
        Jason P. Waguespack (#21123)
        Frederick W. Swaim III (#28242)
        Emmitt L. DuBose III (#35113)
        Andrew V. Waters (#37913)
        GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
        Telephone: (504) 525-6802
        Telecopier: (504) 525-2456
        Attorneys for the Petitioners
        *American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc.*