UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCHER DANIELS MIDLAND COMPANY,** *et al.*<br><br>**VERSUS**<br><br>**M/T AMERICAN LIBERTY,**<br>her engines, tackle, apparel, etc., *in rem* | **CIVIL ACTION NUMBER: 19-cv-10525**<br>    **c/w 19-10925, 19-11813 & 19-12748**<br><br>**FILING APPLIES TO:  CA # 19-12748**<br><br>**SECTION: "R"(4)**<br><br>**DISTRICT JUDGE**<br>**SARAH S. VANCE**<br><br>**MAGISTRATE JUDGE**<br>**KAREN WELLS ROBY** |

## AMENDED CLAIM

**NOW INTO COURT**, through undersigned counsel, comes Claimant, Kevin Wright, who amends his Claim against the DON D, Associated Terminals, LLC and Associated Marine Equipment, LLC (collectively referred to as "Associated"), as the owners and/or operators of the Crane Barge DON D, as follows:

I.

By adding the following as Paragraph 47-A:

As a result of the allision and Claimant's injuries aboard the DON D, he exercised his legal right, as a Jones Act seaman, to file this personal injury action against his employer, Associated.  Subsequent to Claimant filing this action, and motivated by the knowledge that Claimant filed this action, Associated fired Claimant.

II.

By amending Paragraph 48 to read as follows:

Claimant avers that his injuries occurred, in whole or in part, as a result of the negligence and/or intentional actions of Associated, or its servants or agents in charge of the DON D, and the unseaworthiness of the DON D.

III.

By amending Paragraph 49 to read as follows:

As a result of his injuries, Claimant avers that he is entitled to relief under the Jones Act and the general maritime law, and seeks to recover damages for his physical injuries, physical and mental pain and anguish, past and future lost wages, past and future medical expenses, and any other costs/expenses/damages that he incurs or endures as a result of the allision. Claimant, as an injured Jones Act seaman, also is entitled to and seeks to recover past and future lost wages, maintenance and cure and any future medical expenses for any period after May 16, 2019 wherein he has not been paid said wages, maintenance and cure, and to an undetermined date in the future during which he is unable to work and perform his duties as a seaman and has not reached maximum cure. He further demands compensatory and punitive damages and attorneys' fees in the event he is required to pursue by proper procedure the recovery of said maintenance and cure. Claimant, as a Jones Act seaman who has endured a retaliatory discharge, is also entitled to compensatory damages for his past and future lost earnings, mental anguish and any other costs/expenses/damages that he incurs or endures as a result of the wrongful discharge by Associated.

IV.

By amending Paragraph 51 to read as follows:

The aforesaid incident and the injuries suffered by Claimant were caused, in whole or in part, as a result of Limitation Plaintiffs' actions, in the following, though not exclusive, respects:

A. Violation of navigational rules and regulations;

B. Failure to comply with local navigation customs and/or usage;

C. Unseaworthiness of the DON D;

D. Lack of due care;

E. Lack of training;

F. Lack of attention;

G. Failure to provide adequate warning;

H. Failure to properly maintain the DON D;

I. Failure to properly inspect the DON D;

J. Improper management/supervision of the DON D and/or her crew;

K. Wrongful and retaliatory discharge of Claimant; and

L. Other failures, acts or omissions of Limitation Plaintiffs within their privity and knowledge that may be shown at the trial of this matter.

V.

By amending the Prayer to read as follows:

**WHEREFORE**, Claimant, Kevin Wright, prays that:

A. His Claim be deemed good and sufficient;

B. Process in due form of law be issued directing Associated to appear and answer, all and singular, the allegations contained herein;

C. Limitation Plaintiffs be required to deposit additional security in the minimum amount required by law for the full value of all vessels in the flotilla that were

        under common operational control, supervision and engaged in common enterprise, and that said security be by way of cash deposit into the registry of the Court or a bond issued by a surety approved by the Court and be based upon an appraisal issued by a commissioner appointed by the Court; in default of which the Complaint should be dismissed;

D.     After due proceedings are held, Claimant, Kevin Wright, have judgment against the DON D, her engines, boilers, tackle, furniture, apparel, appurtenances, etc., and Associated Terminals, LLC and Associated Marine Equipment, LLC, in the full amount of all damages sustained by Claimant, with interest thereon at the legal rate, together with all other amounts shown at trial, including, but not limited to, costs and attorneys' fees, and any other and further amount that later calculation may demonstrate as being appropriate;

E.     Claimant further demands judgment against Associated Terminals, LLC and Associated Marine Equipment, LLC, for wages, maintenance and cure, and demands compensatory and punitive damages as well as attorneys' fees if he must pursue said benefits through proper procedure;

F.     Claimant also demands judgment against Associated Terminals, LLC and Associated Marine Equipment, LLC for the wrongful and retaliatory discharge of Claimant, and demands compensatory damages (including for past and future lost earnings and mental anguish) and any costs/expenses or other damages suffered by Claimant as a result of his wrongful discharge by Associated;

G.     Claimant demands such other general, legal, maritime, equitable and further relief as the law and justice may require; and

H.	Claimant demands a trial by jury to the full extent permitted by law.


Respectfully submitted:

_____

**C. ARLEN BRAUD, II, #20719**
**MICHELLE O. GALLAGHER, #23886**
**STEVEN D. JACKSON, #35841**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, Louisiana 70448
Telephone:	(985) 778-0771
Facsimile:	(985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com
*Counsel for Kevin Wright*


## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2020, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

_____
C. Arlen Braud, II