UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY d/b/a ADM GRAIN COMPANY, ADM INTERNATIONAL SÀRL and AMERICAN RIVER TRANSPORTATION CO., LLC | CIVIL ACTION NO.: 19-cv-10525 c/w 19-cv-10925 & 19-cv-11813 |
| | SECTION L \| DIVISION 1 |
| VERSUS | JUDGE FALLON |
| M/T AMERICAN LIBERTY, her engines, tackle, apparel, etc., *in rem* | MAGISTRATE VAN MEERVELD |
| | **RE: All Cases** |

**JUDGMENT**

The liability, limitation, and allocation-of-fault portion of this cause came for bench trial before the Honorable Eldon E. Fallon on May 17 through May 21, 2021. The damages portion has been bifurcated, to be adjudicated on a later date. On this day, the Court enters this *Judgment* in the above-styled case as follows:

This matter involves three limitation of liability actions.

**Limitation Action of E.N. Bisso & Son, Inc.; Bisso Offshore, LLC**

1. E.N. Bisso & Son, Inc. and Bisso Offshore, LLC filed an action for exoneration from or limitation of liability. The following parties made claims in this limitation action:

   a. Archer Daniels Midland Co., d/b/a ADM Grain Co.; ADM International Sarl; American River Transportation Co., LLC; Associated Terminals, LLC; Associated Marine Equipment, LLC; Clement Bell; Ryheme Knighten; Robert Sayles; Ascot Underwriting Limited and Other Underwriters; Lexington Insurance Company; XL Insurance America, Inc.; Certain Underwriters at Lloyd's Syndicate 2987; Crum & Forster Specialty Insurance Company; Partner Reinsurance Europe SE; Endurance Assurance Corporation; Certain Underwriters at Lloyd's Syndicate 1183; Axis

Reinsurance Company; Allied World Assurance Company, LTD; American Petroleum Tankers X, LLC; Crowley Global Ship Management, Inc.; Marathon Petroleum Company LP; Port of South Louisiana; AIG Europe Ltd; Allianz Global Corporate & Specialty SE; Argo International Syndicate 1200; Axis Syndicate 2007; Barbican Syndicate 1955; Chaucer Syndicate 1084; Liberty Syndicate 4472; Markel Syndicate 3000; MS Amlin Syndicate 2001; Skuld Syndicate 1897; Tokio Marine Houston Casualty Company; and Through Transport Mutual Insurance Association Ltd.

2. **IT IS ORDERED, ADJUDGED, AND DECREED** that E.N. Bisso & Son, Inc. and Bisso Offshore, LLC are not at fault;

3. **IT IS ORDERED, ADJUDGED, AND DECREED** that E.N. Bisso & Son, Inc. and Bisso Offshore, LLC are entitled to exoneration from liability;

4. **IT IS ORDERED, ADJUDGED, AND DECREED** that any claims lodged against E.N. Bisso & Son, Inc. and Bisso Offshore, LLC are hereby **DISMISSED WITH PREJUDICE**.

**<u>Limitation Action of Associated Terminals, LLC and Associated Marine Equipment, LLC</u>**

5. Associated Terminals, LLC and Associated Marine Equipment, LLC filed an action for exoneration from or limitation of liability. The following parties made claims in this limitation action:

   a. Clement Bell; Ryheme Knighten; Robert Sayles; Lexington Insurance Company; XL Insurance America, Inc.; Certain Underwriters at Lloyd's Syndicate 2987; Crum & Forster Specialty Insurance Company; Partner Reinsurance Europe SE; Endurance Assurance Corporation; Certain Underwriters at Lloyd's Syndicate

1183; Axis Reinsurance Company; Allied World Assurance Company, LTD; and Marathon Petroleum Company LP;

6. **IT IS ORDERED, ADJUDGED, AND DECREED** that Associated Terminals, LLC and Associated Marine Equipment, LLC were not negligent, nor was the M/V DON D unseaworthy, and are not at fault;

7. **IT IS ORDERED, ADJUDGED, AND DECREED** that Associated Terminals, LLC and Associated Marine Equipment, LLC are entitled to exoneration from liability;

8. **IT IS ORDERED, ADJUDGED, AND DECREED** that any claims lodged against Associated Terminals, LLC and Associated Marine Equipment, LLC are hereby **DISMISSED WITH PREJUDICE;**

**Limitation Action of American Petroleum Tankers X, LLC and Crowley Global Ship Management**

9. American Petroleum Tankers X, LLC and Crowley Global Ship Management filed an action for exoneration from or limitation of liability. The following parties made claims, contesting both exoneration and limitation, in this action:

   a. Archer Daniels Midland Co., d/b/a ADM Grain Co.; ADM International Sarl; American River Transportation Co., LLC; Associated Marine Equipment, LLC; Associated Terminals, LLC; Clement Bell; Ryheme Knighten; Robert Sayles; Port of South Louisiana; Ascot Underwriting Limited and Other Underwriters; Lexington Insurance Company; XL Insurance America, Inc.; Certain Underwriters at Lloyd's Syndicate 2987; Crum & Foster Specialty Insurance Company; Partner Reinsurance Europe SE; Endurance Assurance Corporation; Certain Underwriters at Lloyd's Syndicate 1183; Axis Reinsurance Company; Allied World Assurance

Company, LTD; AIG Europe Ltd; Allianz Global Corporate & Specialty SE; Argo International Syndicate 1200; Axis Syndicate 2007; Barbican Syndicate 1955; Chaucer Syndicate 1084; Liberty Syndicate 4472; Markel Syndicate 3000; MS Amlin Syndicate 2001; Skuld Syndicate 1897; Tokio Marine Houston Casualty Company; Through Transport Mutual Insurance Association Ltd.; and Marathon Petroleum Company, LP;

10. **IT IS ORDERED, ADJUDGED, AND DECREED** that American Petroleum Tankers X, LLC and Crowley Global Ship Management, *in personam*, and the M/T AMERICAN LIBERTY, *in rem*, are liable and at fault, pursuant to 46 U.S.C. §§ 30501, *et seq.*;

11. **IT IS ORDERED, ADJUDGED, AND DECREED** that the M/T AMERICAN LIBERTY, American Petroleum Tankers X, LLC, and Crowley Global Ship Management are not entitled to limit their liability.

12. **IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of all Claimants in the limitation action of Crowley Global Ship Management, Inc. and American Petroleum Tankers X, LLC and against Crowley Global Ship Management, Inc. and American Petroleum Tankers X, LLC, *in personam*, and the M/T AMERICAN LIBERTY, *in rem*.

**Pilot Brandon Woodford**

13. **IT IS ORDERED, ADJUDGED, AND DECREED** that Pilot Woodford is not liable for gross negligence. Any action or inaction by Pilot Woodford was informed by the negligence of the AMERICAN LIBERTY Master and crew is therefore attributable to

the M/T AMERICAN LIBERTY *in rem* and Crowley Global Ship Management, Inc. and American Petroleum Tankers X, LLC, *in personam*.

14. **IT IS ORDERED, ADJUDGED, AND DECREED** that the Third-Party Complaint by American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc. against Pilot Brandon Woodford is hereby **DISMISSED WITH PREJUDICE**;

**Marathon Petroleum Company LP**

15. **IT IS ORDERED, ADJUDGED, AND DECREED** that Marathon Petroleum Company LP is not at fault;
16. **IT IS ORDERED, ADJUDGED, AND DECREED** that the Cross Claims filed against Marathon Petroleum Company LP by Associated Marine Equipment, LLC; Associated Terminals, LLC; Archer Daniels Midland Company d/b/a ADM Grain Company and its insurers; ADM International Sarl; American River Transportation Co., LLC; and the Port of South Louisiana and its insurers are hereby **DISMISSED WITH PREJUDICE**;
17. **IT IS ORDERED, ADJUDGED, AND DECREED** that Marathon Petroleum Company LP's claim for contractual defense and indemnity from American Petroleum Tankers X, LLC is hereby **GRANTED**; and
18. **IT IS ORDERED, ADJUDGED, AND DECREED** that Marathon Petroleum Company LP's claim for coverage under American Petroleum Tankers X, LLC's P&I and Hull insurance policies is **GRANTED**.

New Orleans, Louisiana, on this 29th day of June, 2021.

**HONORABLE ELDON E. FALLON**