# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | CIVIL ACTION NO. 19-10525, C/W |
| COMPLAINT OF THE OWNERS OF | § | 19-10925, 19-11813, and 19-12748 |
| THE M/T AMERICAN LIBERTY | § | |
| FOR EXONERATION FROM OR | § | DISTRICT JUDGE ELDON E. FALLON |
| LIMITATION OF LIABILITY | § | |
| | § | MAG. JUDGE JANIS VAN MEERVELD |

**Pertains to All Cases**

## NOTICE OF APPEAL

Notice is hereby given that American Petroleum Tankers X, LLC ("APTX"), as owner of the M/T AMERICAN LIBERTY (the "Vessel"), and Crowley Global Ship Management, Inc. ("CGSM"), as operator of the Vessel, both petitioners-in-limitation, appeal to the United States Fifth Circuit Court of Appeals pursuant to 28 U.S.C. § 1292(a)(3) from the Findings of Fact and Conclusions of Law and Judgment, Rec. Docs. 503 and 505, entered on June 25 and June 29, 2021, respectively, in which the Court Ordered, Adjudged, and Decreed: the Vessel, APTX, and CGSM to be liable and at fault, pursuant to 46 U.S.C. §§ 30501, *et seq*.; that the Vessel, APTX, and CGSM were not entitled to limit their liability; and that there is judgment in favor of all Claimants.

The Court's Judgment is appealable by right. 28 U.S.C. § 1292(a)(3); *Republic of France v. United States*, 290 F.2d 395, 397 (5th Cir. 1961). Appeals lie from such decrees without the necessity for Rule 54(b) certification. *See Gulf Towing Co. v. Steam Tanker, Amoco, N.Y.*, 648 F.2d 242 (5th Cir. 1981) ("Rule 54(b) certification is not a prerequisite to an appeal under Section 1292(a)(3)); *O'Donnell v. Latham*, 525 F.2d 650 (5th Cir. 1976); *Caradelis v. Refineria Panama, S. A.*, 384 F.2d 589 (5th Cir. 1967).

Respectfully submitted,

*/s/Fredric B. Eisenstat*
Jason P. Waguespack, (#21123)
Frederick W. Swaim III (#28242)
Fredric B. Eisenstat (#35472)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Telecopier: (504) 525-2456
Counsel for *American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of July, 2021, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Fredric B.Eisenstat*
FREDRIC B. EISENSTAT